UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD VERDEJO,

                  Plaintiff,

        -against-

1199 SEIU,

                  Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2026

25-CV-8367 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On May 14, 2026, Defendant 1199 SEIU timely filed a motion to dismiss. Dkt. No. 16. Individual Rule III(E)(3) allows a *pro se* plaintiff to amend the complaint within 30 days to address the issues raised in the motion to dismiss rather than respond to the motion. Plaintiff has neither responded to Defendant's motion nor filed an amended complaint.

In the interest of resolving cases on the merits, the Court now extends the deadline for Plaintiff to either (1) file an opposition to Defendant's motion or (2) file an amended Complaint, to **July 14, 2026**. Plaintiff is warned that if Plaintiff fails to meet this deadline, the Court will treat Defendant's motion as unopposed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the following address:

    1506 Commonwealth Ave.
    Bronx, NY 10460

Dated: June 22, 2026
      New York, New York

                          SO ORDERED.

                          MARGARET M. GARNETT
                          United States District Judge